```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Sebastian Castro**                              Case No. 10-cv-554-PB

    v.

**City of Manchester, et al.**


### O R D E R

The Motions in Limine, Document Nos. 15, 16, 23, and 24 are denied without prejudice.

SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

August 6, 2011

cc:   Robert Meagher, Esq.
       Richard Lehmann, Esq.